UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>THE CITY SMOKE SHOP 2 LLC, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C23-0325JLR<br><br>ORDER TO SHOW CAUSE |

　　　Before the court is Plaintiff GS Holistic, LLC's ("GS Holistic") motion for entry of default against Defendants The City Smoke Shop 2 LLC ("The City Smoke Shop"), Yasir Shammar, and Zainab Mohamed Sabri.  (Mot. (Dkt. # 15).)  GS Holistic's process server represents that he served Mr. Sabri by substitute service.  (Aff. (Dkt. # 13).)  Specifically, he states that he spoke by telephone with The City Smoke Shop's registered agent, Mr. Shammar, who instructed him to leave the summons and complaint for Mr.

ORDER - 1

Sabri with Khalil Alhadidi, a manager whom Mr. Shammar authorized during that call to accept service. (*Id.*)

The court is unaware of any provision of the Federal Rules of Civil Procedure or Washington law that allows a defendant to telephonically authorize a third party to accept service on behalf of an individual co-defendant. *See generally* Fed. R. Civ. P. 4; RCW 4.28.080; Wash. Civ. R. 4(d). The court has, on multiple occasions, ordered counsel for GS Holistic to "carefully review (a) the federal and Washington rules and statutes governing service of process on individuals and business entries and (b) all relevant affidavits of service before filing future motions for entry of default in the dozens of cases GS Holistic has pending in this District." Order at 2, *GS Holistic, LLC v. T. Trading LLC*, No. C23 0327JLR (W.D. Wash. Oct. 26, 2023), Dkt. # 14; *see also* Order at 2-3, *GS Holistic, LLC v. Dapara LLC*, No. C23-0323JLR (W.D. Wash. Sept. 7, 2023), Dkt. # 17 (denying motion for entry of default for failure to properly serve defendant); Order at 2-3, *GS Holistic, LLC v. Imam Corp.*, No. C23-0315JLR (W.D. Wash. Aug. 29, 2023), Dkt. # 17 (same). The court warned counsel for GS Holistic that failure to ensure that all defendants are properly served before filing a motion for entry of default will result in sanctions up to and including denial of the motion for entry of default with prejudice. Order at 2-3, *GS Holistic LLC v. T. Trading LLC*, No. C23 0327JLR (W.D. Wash. Oct. 26, 2023), Dkt. # 14. Therefore, the court ORDERS GS Holistic to SHOW CAUSE why the court should not deny its motion for entry of default against Mr. Sabri with prejudice. GS Holistic shall file its response to this order to show cause by no later

than **November 7, 2023**.  The Clerk is DIRECTED to renote GS Holistic's motion for default (Dkt. # 15) for November 7, 2023.

Dated this 31st day of October, 2023.

JAMES L. ROBART
United States District Judge