UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>                        Plaintiff,<br><br>         v.<br><br>THE CITY SMOKE SHOP 2 LLC, et al.,<br><br>                        Defendants. | CASE NO. C23-0325JLR<br><br>ORDER TO SHOW CAUSE |

On October 31, 2023, the court denied Plaintiff GS Holistic, LLC's ("GS Holistic") motion for default against Defendants The City Smoke Shop 2 LLC, Yasir Shammar, and Zainab Mohamed Sabri for failure to ensure that Defendants were properly served before moving for entry of default. (*See generally* 10/31/23 Order (Dkt. # 16); *see id.* at 2 (explaining that the court had previously warned GS Holistic that failure to ensure proper service before moving for entry of default would result in sanctions).) The court ordered GS Holistic to show cause, by no later than November 7,

ORDER - 1

2023, why the court should not deny the motion for entry of default with prejudice. (*See id.* at 2-3.) GS Holistic timely responded to the order to show cause. (*See generally* 11/7/23 OSC Resp. (Dkt. # 17).) It stated that it was "working diligently to effectuate proper service" and requested an additional 30 days to do so. (*Id.* at 3.)

On November 9, 2023, the court granted GS Holistic's request, extended the deadline to file proof of proper service to December 8, 2023, and granted GS Holistic leave to renew its motion for entry of default as to all Defendants after it ensured that all Defendants had been properly served. (*See generally* 11/9/23 Order.) Although that deadline expired more than six months ago, GS Holistic has made no further filings in this case. Accordingly, the court ORDERS GS Holistic to show cause, by no later than **June 28, 2024**, why the court should not dismiss this action with prejudice for failure to prosecute. *See Pagtalunan v. Galaza*, 291 F.3d 639, 64243 (9th Cir. 2002) (discussing factors that the court considers in determining whether to dismiss for failure to prosecute or to comply with a court order).

Dated this 17th day of June, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2